

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                01-14-00203-CR

Style:                Richard Charles Riette v. The State of Texas

Date motion filed[*]:                September 3, 2014

Type of motion:                Second Motion to Extend Time to File Appellant's Brief

Party filing motion:                Appellant

Document to be filed:  Appellant's Brief

If motion to extend time:

    Original due date:                July 10, 2014

    Number of extensions granted:                1                Current Due Date:  September 8, 2014

    Date Requested:                November 7, 2014

Ordered that motion is:

    ☑ Granted in part

        If document is to be filed, document due:  October 8, 2014

        ☑        No further extensions of time will be granted.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

  **On August 12, 2014, we dismissed appellant's motion requesting that this Court direct the trial clerk to send it the State's Exhibits 4 and 5 as moot because those exhibits were filed on July 31, 2014, making the record complete then.  And because appellant's second motion for a 60-day extension of time to file appellant's brief fails to note that his previous 60-day extension was granted by the Clerk of this Court on July 7, 2014, as required by Texas Rule of Appellate Procedure 10.5(b)(1)(D), his extension is granted, in part, for 30 days, but we inform counsel that no further extensions will be granted.  Accordingly, if appellant's brief is not filed by October 8, 2014, we may abate this case for a hearing under Texas Rule of Appellate Procedure 38.8(b)(2).**

Judge's signature: /s/ Laura C. Higley
            ☒  Acting individually
Date:  September 9, 2014

November 7, 2008 Revision